3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL abuse@flex-law.gr.jp
Attorney for MADHOUSE Inc.

August 14, 2021

**Via Email**
YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA  94066
Phone: 650-214-3010
Email: copyright@youtube.com

   RE: **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
     **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

  I represent MADHOUSE Inc., a Japanese corporation (hereinafter called "MADHOUSE"), the owner of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

  It has recently come to MADHOUSE 's attention that certain users of your services have unlawfully published and posted certain contents on your website located at www.youtube.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

  MADHOUSE has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

  We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your system or services.

YouTube, LLC
August 14, 2021
Page 2 of 2

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Youtube,LLC

Page3 of 3

Exhibit A.

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work | | YouTube Channel/User (Name/ Profile Page on YouTube.com) |
|---|---|---|---|---|---|---|---|
| 1 | パプリカ | MADHOUSE Inc. | http://www.madhouse.co.jp/works/2006-2005/works_movie_paprika.html | https://www.youtube.com/watch?v=5IAoEQS2mRo | 私の夢が、犯されている...映画「パプリカ」 | ファストシネマ | https://www.youtube.com/channel/UCtqW7IYqfsIBnZgCvUXrlrw |
| 2 | パーフェクトブルー | MADHOUSE Inc. | http://www.madhouse.co.jp/works/1999-1997/works_movie_perfectblue.html | https://www.youtube.com/watch?v=h3cu-JVL4dM | 世界中が大絶賛したサイコアニメの金字塔...映画「パーフェクトブルー」 | ダークシネマ | https://www.youtube.com/channel/UCH2yscvkKbmSfILFK6vGYxA |

**EXHIBIT A**